IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3057 |
| | ) | |
| v. | ) | |
| | ) | |
| DIWANCHA SHONTALL BROWN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Additional time is needed to finalize the terms of the parties' plea agreement. Accordingly,

IT IS ORDERED:

1) The defendant's oral motion to continue defendant's change of plea hearing, (filing no. 56), is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on February 7, 2013 at 10:30 a.m..  The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and February 7, 2013 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 30th day of January, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge