IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:12CR3057 |
| vs. | |
| DIWANCHA SHONTALL BROWN, | MEMORANDUM AND ORDER |
| Defendant. | |

After affording the defendant an opportunity to confer with standby counsel, the defendant states he does not want to withdraw his guilty plea and he is not requesting new counsel. Defendant's counsel, Clarence E. Mock, III, remains willing to represent the defendant.

Accordingly,

IT IS ORDERED that the Motion to Withdraw as Attorney and for Appointment of Substitute Counsel, (Filing No. 78), is denied.

May 8, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge