IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DIWANCHA SHONTALL BROWN,<br><br>           Defendant. | 4:12-CR-3057-1<br><br>ORDER |

    This matter is before the Court on correspondence from the defendant (filing 98) that the Court has construed as a motion for copies and motion for status. That motion will be granted. The defendant is hereby informed that as of this date, no notice of appeal has been received by the Court in the above-captioned case. The Clerk of the Court will be directed to send the defendant a copy of the docket sheet.

    IT IS ORDERED:

1. The defendant's motion for copies and motion for status (filing 98) is granted.

2. The Clerk of the Court is directed to send the defendant a copy of the docket sheet as to defendant Diwancha Shontall Brown in the above-captioned case.

Dated this 5th day of August, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge